STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. D. RALPH STARRY, PLAINTIFF IN ERROR.

Submitted February 14, 1930—Decided October 20, 1930.

For the plaintiff in error, *Abe J. David.*

For the defendant in error, *John F. Ryan.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CAMPBELL, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, MCGLENNON, KAYS, DEAR, WELLS, JJ. 12.

*For reversal*—None.